# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reade, Linda R. | District Court ND Iowa | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
111 7th Ave SE
Cedar Rapids, IA 52401

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Federal Judges Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 08/01/93 | State of Iowa and filer-Iowa Judicial Retirement Plan. The state is paying me retirement income as of February 2013. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Iowa judicial retirement annuity | $31,958.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 15-16, 2019 | Dallas, TX | Board Meeting | transportation, lodging and food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Bank Accounts | A | Interest | M | T | | | | | |
| 2. CSCO Stock | A | Dividend | J | T | | | | | |
| 3. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 4. Deferred Comp Plan | A | Distribution | | | | | | | |
| 5. -Stock Index Fund-Valic | A | Dividend | J | T | | | | | |
| 6. -Science & Technology Fund-Valic | A | Dividend | J | T | | | | | |
| 7. -Putnam New Opportunity Fund-Valic | A | Dividend | J | T | | | | | |
| 8. -Putnam Global Gr Fund-Valic | A | Dividend | J | T | | | | | |
| 9. -American Cent Ultra Fund-Valic | A | Dividend | J | T | | | | | |
| 10. Retirement Account (H) | | | | | | | | | |
| 11. -Schwab bank | A | Interest | J | T | | | | | |
| 12. -ABTEC | | None | | | Spinoff<br>(from line 36) | 02/26/19 | J | | |
| 13. | | | | | Sold | 03/28/19 | J | | |
| 14. -AT&T | D | Dividend | M | T | | | | | |
| 15. -Abeona (ABEO) | | None | J | T | Buy | 03/29/19 | J | | |
| 16. -Altria Group, Inc (MO) | B | Dividend | | | Sold | 08/27/19 | L | D | |
| 17. -American Airlines (AAL) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reade, Linda R.** | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -American Int'l Grp (AIG) | A | Dividend | | | Sold | 08/08/19 | L | A | |
| 19. -Annaly Capital Mgmt Reit (NLY) | E | Dividend | M | T | Sold<br>(part) | 10/08/19 | J | | |
| 20. -Apple (APPL) | E | Dividend | P1 | T | Sold<br>(part) | 12/06/19 | K | E | |
| 21. - Alamos Gold (AGI) | A | Dividend | J | T | | | | | |
| 22. -Applied Materials (AMAT) | A | Dividend | K | T | | | | | |
| 23. -Bank of America (BAC) | A | Dividend | K | T | Buy | 12/27/19 | K | | |
| 24. -Barrick Gold Corp (ABX) | A | Dividend | K | T | | | | | |
| 25. -Blackrock Health Sciences Fund (SHSAX) | C | Distribution | M | T | | | | | |
| 26. | A | Dividend | | | | | | | |
| 27. -Boeing (BA) | C | Dividend | M | T | Sold<br>(part) | 12/31/19 | M | F | |
| 28. -British Petro (BP) | B | Dividend | K | T | | | | | |
| 29. -Carlyle Grp (CG) | D | Dividend | M | T | Sold<br>(part) | 11/19/19 | J | | |
| 30. -Caterpillar (CAT) | D | Dividend | K | T | Buy<br>(add'l) | 01/28/19 | K | | |
| 31. -Cytokinetics Inc (CYTK) | | None | K | T | Sold<br>(part) | 05/06/19 | J | C | |
| 32. -Doubleline Inc (DSL) | D | Dividend | L | T | | | | | |
| 33. -Enbridge Inc. (ENB) | A | Dividend | | | Sold | 09/06/19 | J | A | |
| 34. -First Data Corp (FDC) | | None | | | Sold<br>(part) | 01/16/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold | 03/11/19 | K | D | |
| 36.   -General Electric Co (GE) | A | Dividend | K | T | | | | | |
| 37.   -Goldcorp Inc. F (GG) | A | Dividend | | | Merged<br>(with line 48) | 04/26/19 | J | | |
| 38.   -High-Crush Partners LP(HCLP) | | None | J | T | Buy<br>(add'l) | 10/29/19 | J | | |
| 39.   -Hovnanian (HOV) | | None | J | T | | | | | |
| 40.   -Icahn Ent (IEP) | C | Dividend | K | T | | | | | |
| 41.   -Lam Research (LRCX) | B | Dividend | L | T | Sold<br>(part) | 09/18/19 | K | C | |
| 42.   -Lumentum Holdings (LITE) | | None | L | T | Buy<br>(add'l) | 08/12/19 | K | | |
| 43. | | | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 44.   -MGM Resorts (MGM) | A | Dividend | K | T | Buy | 05/28/19 | K | | |
| 45.   -JP Morgan Chase (JPM) | C | Dividend | M | T | | | | | |
| 46.   -Microsoft (MSFT) | B | Dividend | M | T | | | | | |
| 47.   -Morgan Stanley (MS) | B | Dividend | L | T | Buy<br>(add'l) | 06/13/19 | K | | |
| 48.   -Newmont (NEM) | A | Dividend | J | T | | | | | |
| 49.   -Orion(OEC) | B | Dividend | L | T | | | | | |
| 50.   -Millendo Therapeutics (MLND) | | None | J | T | | | | | |
| 51.   -Performance Food Group (PFGC) | | None | K | T | Sold<br>(part) | 04/16/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.    -Pfizer (PFE) | B | Dividend | L | T | | | | | |
| 53.    -Pimco (PTY) | E | Dividend | M | T | Sold<br>(part) | 11/04/19 | K | B | |
| 54.    -Principal Financial (PFG) | D | Dividend | M | T | | | | | |
| 55.    -Royal Dutch Shell (RDSA) | B | Dividend | K | T | Buy<br>(add'l) | 12/18/19 | K | | |
| 56.    -Safe Bulkers (SB) | | None | | | Sold | 08/21/19 | J | | |
| 57.    -Schlumberger (SLB) | A | Dividend | K | T | | | | | |
| 58.    -Taiwan (TSM) | | None | K | T | Buy | 10/07/19 | K | | |
| 59.    -Triplepoint Venture (TPVG) | B | Dividend | K | T | Buy | 07/17/19 | K | | |
| 60.    -Tsakos Energy (TNP) | A | Dividend | K | T | | | | | |
| 61.    -Verastem (VSTM) | | None | K | T | Buy | 02/04/19 | K | | |
| 62. | | | | | Buy<br>(add'l) | 07/29/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 64.    -Viewray (VRAY) | | None | K | T | Buy | 08/01/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 09/13/19 | K | | |
| 66.    -VISA | A | Dividend | M | T | | | | | |
| 67.    -Vodafone (VOD) | A | Dividend | K | T | | | | | |
| 68.    -Yeti (YETI) | | None | K | T | Buy | 02/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69.  -Xerox (XRX) | A | Dividend | | | Sold (part) | 02/25/19 | K | A | |
| 70.  | | | | | Sold | 07/03/19 | K | D | |
| 71.  -Yamana Gold Incoo (AVY) | A | Dividend | J | T | | | | | |
| 72.  McVean Trading and Investment | | None | K | T | | | | | |
| 73.  Farm 1 Dallas Co., IA | E | Distribution | M | W | | | | | |
| 74.  Farm 3 Dallas Co. IA | D | Distribution | L | W | | | | | |
| 75.  Farm 5 Adair Co, IA | E | Rent | N | W | | | | | |
| 76.  Farm 7 Adair Co, IA | D | Distribution | L | W | | | | | |
| 77.  Farm 10 Adair Co, IA | E | Rent | N | W | | | | | |
| 78.  Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 79.  Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 80.  Farm 20 Decatur County, IA | B | Distribution | J | W | | | | | |
| 81.  USDA Farm Program 2019 ONLY (Y) | C | Distribution | | | | | | | |
| 82.  Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 83.  Mineral Interest,Dallas County, IA (Y) | A | Royalty | | | | | | | |
| 84.  Scout Energy | A | Royalty | J | W | | | | | |
| 85.  Continental Resources (X) | B | Royalty | J | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.    Denbury(X) | A | Royalty | J | W | | | | | |
| 87.    Brokerage 1 | | | | | | | | | |
| 88.    -Schwab bank | A | Interest | J | T | | | | | |
| 89.    -Abeona Therap (ABEO) | | None | J | T | Buy | 03/29/19 | J | | |
| 90.    -American Airlines Grp (AAL) | A | Dividend | | | Sold<br>(part) | 05/29/19 | J | | |
| 91. | | | | | Sold | 07/15/19 | K | C | |
| 92.    -At & T (T) | C | Dividend | L | T | | | | | |
| 93.    -Agenius(AGEN) | | None | L | T | | | | | |
| 94.    -Air Canada (ACDVF) | | None | L | T | Sold<br>(part) | 02/14/19 | K | D | |
| 95.    -Apache Corp (APA) | A | Dividend | J | T | | | | | |
| 96.    -Applied Materials (AMAT) | B | Dividend | L | T | Buy<br>(add'l) | 02/19/19 | K | | |
| 97. | | | | | Sold<br>(part) | 08/13/19 | K | | |
| 98.    -Bank of America (BAC) | A | Dividend | K | T | Buy | 07/12/19 | K | | |
| 99.    -Blackstone (BX) | C | Dividend | M | T | | | | | |
| 100.    -Boeing (BA) | B | Distribution | L | T | | | | | |
| 101.    -Career Education Co (CECO) | | None | K | T | Buy | 11/13/19 | K | | |
| 102.    -Caterpillar Inc (CAT) | B | Dividend | L | T | Buy<br>(add'l) | 06/14/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -Carlyle Grp (CG) | D | Distribution | M | T | Buy<br>(add'l) | 01/10/19 | K | | |
| 104. | | | | | Sold<br>(part) | 10/07/19 | L | D | |
| 105.  --Cytokinetics (CYTK) | | None | K | T | Sold<br>(part) | 05/06/19 | K | D | |
| 106.  -Delta (DAL) | B | Dividend | L | T | Sold<br>(part) | 07/11/19 | K | D | |
| 107.  -Entegris Inc (ENTG) | A | Dividend | | | Buy | 02/21/19 | K | | |
| 108. | | | | | Sold | 06/11/19 | K | B | |
| 109.  -First Solar Inc (FSLR) | | None | K | T | Buy | 11/04/19 | K | | |
| 110.  -Incyte | | None | K | T | | | | | |
| 111.  -Iron Mountain (IRM) | | None | K | T | Buy | 11/04/19 | K | | |
| 112.  -JP Morgan Chase (JPM) | B | Dividend | M | T | Buy | 06/13/19 | K | | |
| 113. | | | | | Buy<br>(add'l) | 06/14/19 | L | | |
| 114.  -Invesco (IVZ) | B | Dividend | K | T | | | | | |
| 115.  Microsoft (MSFT) | A | Dividend | K | T | | | | | |
| 116.  -Orion Eng ((OEC) | A | Dividend | K | T | | | | | |
| 117.  -Principal Finan (PFG) | A | Dividend | J | T | | | | | |
| 118.  -Royal Dutch Shell (RDSA) | C | Dividend | K | T | | | | | |
| 119.  -Skyworks Solutions (SWKS) | A | Dividend | L | T | Buy | 10/21/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Softbank Grp (SFTBY) | A | Dividend | K | T | Buy | 07/23/19 | K | | |
| 121. -Taiwan Semiconductor (TSM) | | None | K | T | Buy | 10/08/19 | K | | |
| 122. -Total SA (TOT) | C | Dividend | L | T | | | | | |
| 123. -Triplepoint Venture (TPVG) | B | Dividend | K | T | Buy | 07/17/19 | K | | |
| 124. -Vanguard (VTSMX) | B | Dividend | | | Merged<br>(with line 126) | 07/28/19 | M | | |
| 125. -Vanguard (VTSAX) | B | Dividend | M | T | | | | | |
| 126. -Veracyte(VCYT) | | None | M | T | | | | | |
| 127. -Verastem (VSTM) | | None | K | T | Buy<br>(add'l) | 01/28/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 06/20/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 130. -Viewray (VRAY) | | None | K | T | Buy<br>(add'l) | 09/13/19 | J | | |
| 131. -Vodaphone (VOD) | A | Dividend | K | T | Buy<br>(add'l) | 09/11/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/20/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5   Required Minimum Distribution for 2019

Lines 6-9   The dividend amounts (if there are any) are not detailed in the statement I receive

Lines 74,75, 77,   The distribution is crops/crop insurance

Line 81  The income is CRP ($1913)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544